TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-09-00439-CV






Ronald A. Brumbeck, R. John Fletcher, Steve Benson, Susan Sundell, John T. Maranas,
and McGuinness & Manara LLP n/k/a Anderson, Gorecki & Manaras LLP, Appellants


v.


Charles Paul Steele, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. D-1-GN-08-000868, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING




O R D E R


PER CURIAM

 Appellants have filed an interlocutory appeal, challenging the trial court's denial of
their special appearances. They have filed a motion for temporary relief during the pendency of this
appeal. While we consider the merits of that motion, we abate the following events in the trial court:


 (1) current and future discovery in the suit below except for that discovery which
appellee could pursue against appellants under the Texas Rules of Civil Procedure
as non-party witnesses and/or as corporate representatives of CertaLogic, Inc.; 

 

 (2) the filing of any motions, amended pleadings, or other papers and proceedings
against appellants in the trial court; and

 

 (3) any trial of the suit below as far as it concerns appellants.


This stay will remain in effect until further order of this Court.

 Appellee may file a response to Appellant's Motion for Temporary Relief on or
before September 1, 2009.

 Ordered August 21, 2009.



Before Chief Justice Jones, Justices Waldrop and Henson